**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER ON STIPULATION TO STAY THE CASE TO ALLOW THE PARTIES TO PURSUE AN INFORMAL ALTERNATIVE DISPUTE RESOLUTION**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

Pursuant to the parties' stipulation (ECF No. 6) and good cause appearing, this case is stayed until July 18, 2016. The parties are ordered to inform the Court of any settlement that is reached within this period. If no settlement is reached, the parties are ordered to meet and confer as required by Fed. R. Civ. P. 26(f) and submit a joint report that includes a Rule 26(f) discovery plan no later than July 18, 2016.

    IT IS SO ORDERED.
Dated:  April 19, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

– 1 –                                         Case No. 2:15-cv-01208-JAM-KJN