# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER ON STIPULATION TO STAY THE CASE TO ALLOW THE PARTIES TO PURSUE MEDIATION**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

Good cause appearing therefore, the case is stayed for ninety (90) days until October 17, 2016. The parties are ordered to inform the Court of any settlement that is reached within this period. If no settlement is reached, the parties are ordered to meet and confer as required by Fed. R. Civ. P. 26(f) and submit a joint report that includes a Rule 26(f) discovery plan no later than October 17, 2016.

IT IS SO ORDERED.

Dated: July 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE