## UNITED STATES DISTRICT COURT

## EASERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING EXTENSION OF STAY TO ALLOW THE PARTIES TO PURSUE MEDIATION**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

Pursuant to Plaintiff TIM EURE ("Plaintiff") and Defendants RYDER INTEGRATED LOGISTICS, INC. and RYDER DEDICATED LOGISTICS, INC. ("Defendants") (collectively, the "Parties") Stipulation, and GOOD CAUSE APPEARING, the Court ORDERS as follows:

    1.    This case is STAYED until January 17, 2017;

    2.    The Parties will inform the Court of any settlement that is reached

within this time; and

3. If no settlement is reached, the Parties will confer as required by Fed. R. Civ. P. 26(f) and will submit a joint status report that includes the Rule 26(f) discovery plan no later than January 17, 2017.

IT IS SO ORDERED.

Dated: September 27, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
ORDER GRANTING EXTENSION OF STAY TO ALLOW THE PARTIES TO PURSUE MEDIATION