# UNITED STATES DISTRICT COURT

# EASERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE STAY TO ALLOW THE PARTIES TO FINALIZE THEIR SETTLEMENT AGREEMENT**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

Pursuant to Plaintiff TIM EURE ("Plaintiff") and Defendants RYDER INTEGRATED LOGISTICS, INC. and RYDER DEDICATED LOGISTICS, INC. ("Defendants") (collectively, the "Parties") Stipulation, and GOOD CAUSE APPEARING, the Court ORDERS as follows:

1. This case shall remain STAYED for all purposes, except for matters relating to seeking preliminary and final approval of the class action settlement;

2. A status conference shall be held on **March 23, 2017**, at 2:00 p.m., in Courtroom 7. The status conference shall be taken off-calendar if Plaintiff has filed his Motion for Preliminary Approval before the date of the status conference.

3. On or before **March 16, 2017**, unless Plaintiff has filed his Motion for Preliminary Approval by that date, the parties shall file a Joint Status Report updating the Court as to the status of the settlement.

IT IS SO ORDERED.

Dated: January 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE