UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE AND JOINT STATUS CONFERENCE REPORT FILING DEADLINE**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

In order to allow the parties to finalize a settlement agreement and to allow Plaintiff time to file a preliminary approval motion, and good cause appearing therefore, the Status Conference currently scheduled for March 23, 2017 at 2:00 p.m. is hereby continued to **May 18, 2017** at 2:00 p.m. in Courtroom 7.  On or before **May 11, 2017**, unless Plaintiff has filed his Motion for Preliminary Approval by that date, the parties shall file a Joint Status Report updating the Court as to the status of the settlement.

///

///

– 1 –   Case No. 2:15-cv-01208-JAM-KJN
ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE AND JOINT STATUS CONFERENCE REPORT FILING DEADLINE

1 |     This case shall remain STAYED for all purposes, except for matters relating to
2 | seeking preliminary and final approval of the class action settlement.
3 |     IT IS SO ORDERED.
4 | Dated:  March 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE