# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE AND JOINT STATUS CONFERENCE REPORT FILING DEADLINE**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

Pursuant to the parties' stipulation and good cause appearing, the Status Conference currently scheduled for May 18, 2017 at 2:00 PM is hereby continued to **June 29, 2017** at 2:00 PM. The Parties are to file a Joint Status Conference Report five (5) court days before the Status Conference, unless Plaintiff has filed his Motion for Preliminary Approval by that date. This case shall remain STAYED for all purposes, except for matters relating to seeking preliminary and final approval of the class action settlement.

IT IS SO ORDERED.

Dated: May 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE