# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE AND JOINT STATUS CONFERENCE REPORT FILING DATE**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

In order to facilitate settlement of this matter, and good cause appearing therefore, the Status Conference currently scheduled for June 29, 2017 at 2:00 PM is hereby continued to July 27, 2017 at 2:00 PM. The Parties are to file a Joint Status Conference Report five (5) court days before the Status Conference.

IT IS SO ORDERED.

Dated: June 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE