# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a corporation; RYDER DEDICATED LOGISTICS, INC., a corporation, and DOES 1-100, inclusive,<br><br>Defendant. | Case No.: 2:16-cv-00324-MCE-AC<br><br>[Assigned For All Purposes The Honorable Morrison C. England Jr.]<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT/GENERAL RELEASE PAYMENT**<br><br>Date: November 15, 2018<br>Time: 11:00 a.m.<br>Judge: Hon. Morrison C. England<br>Courtroom: 7<br><br>Action Filed: April 20, 2015<br>Action Removed: February 17, 2016 |

Plaintiff's Motion for Attorneys' Fees, Costs, and Class Representative Enhancement/General Release Payment (ECF No. 32) duly came on for hearing on November 15, 2018, before the Honorable Morrison C. England Jr. All counsel were present for the hearing.

**FINDINGS:**

Based on the oral and written argument and evidence presented in connection with the motion, the Court makes the following findings:

1. Class Counsel have conferred a benefit on absent Class Members and having expended efforts to secure a benefit to the Class are entitled to a fee and, accordingly, the Court approves the application of Class Counsel for $75,000 for their attorneys' fees and $11,985.24 for litigation costs. The Court does not find the attorney fee award of $75,000 and costs of $11,985.24 are a disproportionate distribution of the Settlement under In Re Bluetooth Product Liability Case ("Bluetooth") (9th Cir. 2011) 654 F.3d 935. The Court also finds the attorney fee award here is not unreasonable under Bluetooth, because the Parties did not arrange for fees to revert to Defendant in the event the Court awarded less than requested.

2. The Class Representative payment in the amount of $5,000 for Plaintiff Tim Eure is approved and ordered paid in accordance with the terms of the Settlement Agreement.

3. Within fourteen (14) days of the Effective Date, as defined in the Settlement Agreement, the Court directs the Settlement Administrator to disburse the following out of the Gross Settlement Amount, pursuant to Paragraphs 2(a), 2(b), and 52:

    a. To Plaintiff Tim Eure, the Class Representative Enhancement Payment in the amount of $5,000.

    b. To Class Counsel, the Class Counsel Fees in the sum of $75,000

(25% of the Gross Settlement Amount).

   c. To Class Counsel, the Class Counsel Expenses in the sum of $11,985.24.

4. The Court retains jurisdiction over the administration and effectuation of the Settlement, including, but not limited to, the ultimate disbursal of Class Counsel fees and costs and the Class Representative Enhancement/General Release Payment, and any other issue related to this Settlement.

IT IS SO ORDERED.

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE