REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

Pursuant to Plaintiff TIM EURE ("Plaintiff") and Defendants RYDER INTEGRATED LOGISTICS, INC. and RYDER DEDICATED LOGISTICS, INC. ("Defendants") (collectively, the "Parties") Stipulation and Amendment to the Class Action Settlement (ECF No. 40), and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1. Without affecting the finality of the Order granting Plaintiff's Unopposed Motion For Final Approval Of Class Action Settlement (ECF No. 38), the Court finds that the amendment to the Settlement Agreement falls within the range of reasonableness and is fair, just, and adequate and no further notice to the Class shall be required.

2. Sums from all uncashed settlement checks shall be distributed to the California State Controller's Office—Unclaimed Property, rather than the California Department of Industrial Relations—Unclaimed Wage Fund.

3. Paragraph 55 of the Class Action Settlement Agreement shall be amended and modified as follows:

> Any Settlement Payment that remains uncashed after one hundred eighty (180) days of disbursement shall be void and the Settlement Administrator shall pay the funds represented by such un-redeemed checks to the **California State Controller's Office—Unclaimed Property**, with an identification of the Class Member to whom the funds belong. In that event, the Class Member nonetheless shall be bound by the terms of this Agreement.

IT IS SO ORDERED.

Dated: April 15, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

ORDER GRANTING STIPULATION TO AMEND THE CLASS ACTION SETTLEMENT AGREEMENT