REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EURE, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>             Plaintiff,<br><br>   vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Corporation; RYDER DEDICATED LOGISTICS, INC., a Corporation; and DOES 1-100, inclusive,<br><br>             Defendants. | Case No.: 16-cv-00324-MCE-AC<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Filed: April 20, 2015<br>Removed: February 17, 2016 |

Pursuant to Plaintiff TIM EURE ("Plaintiff") and Defendants RYDER INTEGRATED LOGISTICS, INC. and RYDER DEDICATED LOGISTICS, INC. ("Defendants") (collectively, the "Parties") Stipulation and Second Amendment to the Class Action Settlement, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1. Without affecting the finality of the Order granting Plaintiff's Unopposed Motion For Final Approval Of Class Action Settlement (Dkt. 38), the Court finds that the amendment to the Settlement Agreement falls within the range of reasonableness and is fair, just, and adequate and no further notice to the Class shall be required.

2. The United Way of California shall be designated as the Cy Pres Beneficiary for the 2018 Credit Reduction tax payment in the amount of $1,975.44.

3. Paragraph 63 of the Class Action Settlement Agreement shall be amended and modified as follows:

The Settlement Administrator shall determine the amount of any tax withholding to be deducted from each Participating Class Member's Settlement Payments. All such tax withholdings shall be remitted by the Settlement Administrator to the proper governmental taxing authorities.

(i) The State of California was able to pay off its Credit Reduction Account with the IRS towards the end of 2018 and issued a refund in the amount of $1,975.44, representing the 2018 Credit Reduction tax payment. The Parties agree that the 2018 Credit Reduction tax payment in the amount of $1,975.44 ("Cy Pres Amount") shall be disbursed to a cy pres and have designated The United Way of California ("Cy Pres Beneficiary"). The Settlement Administrator shall disburse the Cy Pres Amount to the Cy Pres Beneficiary.

(ii) The United Way of California is an umbrella organization, supporting multiple local United Ways throughout the state that all serve the public by working towards financial stability of the citizens they support. Many of these local United Ways have specific programs aimed at promoting steady, gainful employment of Californians, something that meets the objectives of a lawsuit brought with the aim of enforcing employee rights, and supports silent class members through the variety of programs

offered. Beyond program that support job seekers and employees, the United Way also advocates at the policy level for an increase in the State minimum wage, and is thus in the interest of the settlement class.

**IT IS SO ORDERED.**

Dated: November 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO AMEND THE CLASS ACTION SETTLEMENT AGREEMENT